1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| TERRELL CURRY,<br><br>Plaintiff,<br><br>v.<br><br>R. JONES, ET AL<br><br>Defendants. | CASE NO. C 07-1413 MHP (PR)<br><br>**ORDER FOR HABEAS CORPUS AD TESTIFICANDUM** |
|---|---|

**TO THE DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

You are to produce inmate Terrell Curry, Inmate No. T-29338, who is currently incarcerated at the Centinela State Prison at Imperial, California, for a settlement conference at the California State Prison at Solano for Tuesday, February 2, 2011 at 1:00 p.m.  You are to produce him at the California State Prison atSolano, 2100 Peabody Road, Vacaville, CA  95696 pursuant to this Order for Habeas Corpus Ad Testificandum.

1  IT IS SO ORDERED:

3  DATED: January 12, 2011

_____
The Honorable Nandor Vadas
Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas