| | |
|---|---|
| 1 | KAMALA D. HARRIS |
|   | Attorney General of California |
| 2 | TYLER PON |
|   | Supervising Deputy Attorney General |
| 3 | KAY K. YU |
|   | Deputy Attorney General |
| 4 | State Bar No. 142479 |
|   |  455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004 |
|   |  Telephone:  (415) 703-5593 |
| 6 |  Fax:  (415) 703-5480 |
|   |  E-mail:  Kay.Yu@doj.ca.gov |
| 7 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TERRELL CURRY,**

   Plaintiff,

v.

**R. JONES, D.D.S.,**

   Defendant.

C 07-1413-MHP

**ORDER DISMISSING DEFENDANTS QUIGLEY AND JONES FROM THE COMPLAINT**

**PURSUANT TO THE STIPULATION** executed by plaintiff Terrell Curry and counsel for defendants Quendwa Quigley and Robert Jones, the Complaint against them is dismissed, with prejudice.

**IT IS SO ORDERED**:

DATED:  ~~May~~  April 29 _____, 2011

_____
IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

1